# EXHIBIT 3




John P. Kristensen
Jesenia A. Martinez

**CONSENT FORM FOR WAGE CLAIM**

Printed Name: **Kelsey Johansen**

MARLONESHA BECKER, individually and on behalf of all others similarly situated, Plaintiff,
vs.
KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive, Defendants.
*District of Nevada*
*Case No.: 3:19-cv-00602-LRH-WGC*

1. I consent and agree to be represented by Kristensen LLP, Hughes Ellzey, LLP and The O'Mara Law Firm and to pursue my claims of unpaid overtime and/or minimum wage and/or improper Tip Pooling through the lawsuit filed against my employer, Fantasy Girls, under the Fair Labor Standards Act and/or applicable state laws.

2. I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action. I agree to serve as the class representative if the court approves. If someone else serves as the class representative, then I designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the plaintiffs' counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.

3. To the best of my knowledge, I meet the following criteria: I worked for Fantasy Girls as a dancer from approximately December 2018 to the present

4. If my consent form is stricken or if I am for any reason not allowed to participate in this case, I authorize Plaintiffs' counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

(Signature) DocuSigned by: 3BBD949E04AD473... (Date Signed) 8/24/2020

**Kelsey Johansen**