David C. O'Mara (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Fax: 775-323-4082
*david@omaralaw.net*

John P. Kristensen
(*Pro Hac Vice Forthcoming*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| KAREN DORIO, an individual, QUIANNA HUNT, an individual, KELSEY JOHANSEN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | Case No.: 3:20-cv-00482-LRH-WGC <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFF KELSEY JOHANSEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> Assigned to Hon. Larry R. Hicks |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Kelsey Johansen hereby voluntarily dismisses her individual claims without prejudice. The defendants in this matter have not served an answer or a motion for summary judgment in this matter as to plaintiff Kelsey Johansen's individual claims.

Dated:      September 21, 2020           **THE O'MARA LAW FIRM, P.C.&**
                                         **KRISTENSEN LLP**

                                         */s/ David C. O'Mara*
                                         David C. O'Mara
                                         John P. Kristensen

                                         *Attorneys for Plaintiffs*