**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KAREN DORIO et al

        Plaintiff(s),

   vs.

KAMY KESHMIRI, an individual, JAMY KESHMIRI, an individual, FANTASY FIRLS, LLC, a Nevada LLC et al.

        Defendant(s).

Case #3:20-cv-00482-LRH-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John P. Kristensen_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Kristensen Weisberg, LLP_____
(firm name)

with offices at _____12540 Beatrice St, Ste 200_____,
(street address)

___Los Angelws___, ___California___, ___90066___,
(city)            (state)           (zip code)

___310.507.7924___, ___john@kristensenlaw.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Ms. Dorio, Ms. Hunt and Ms. Johansen___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 01/08/2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | January 8, 2003 | 224132 |
| Northern District, California | April 17, 2008 | 224132 |
| Central District, California | October 4, 2005 | 224132 |
| Eastern District, California | December 21, 2011 | 224132 |
| Southern District, California | January 5, 2007 | 224132 |
| Ninth Circuit Court of Appeals | February 9, 2007 | 224132 |
| District of Colorado | February 20, 2019 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> none

7. That Petitioner is a member of good standing in the following Bar Associations.

> none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 30, 2019 |  | USDC District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____Los Angeles____ )

____John P. Kristensen____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 14th day of September, 2020.

_____
Notary Public or Clerk of Court

[Notary seal: JOANNA MUSACCHIO, COMM. 2250901, NOTARY PUBLIC CALIFORNIA, Los Angeles County, My Comm. Expires July 26, 2022]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____David C. O'Mara, Esq____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____311 East Liberty Street____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)            (state)          (zip code)

____775.323.1321____, ____david@omaralaw.net____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____   _____
*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of Sept, 2020, by
(1) John P. Kristensen
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*
JOANNA MUSACCHIO, NOTARY PUBLIC

[Notary Seal: JOANNA MUSACCHIO, COMM. 2250901, NOTARY PUBLIC CALIFORNIA, Los Angeles County, My Comm. Expires July 26, 2022]

*Seal*
*Place Notary Seal Above*

——————————— *OPTIONAL* ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Verif. Pet. to Protect & Preserve Conf.   Document Date: 9/4/2020
Number of Pages: 5   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David C. O'Mara_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Karen Dorio* (DocuSigned)
(party's signature)

Karen Dorio
(type or print party name, title)

_____
(party's signature)

Kelsey Johansen
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*David C. O'Mara* (signature)
Designated Resident Nevada Counsel's signature

08599                     david@omaralaw.net
Bar number                Email address

**SEE NEXT PAGE FOR ORDER**

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David C. O'Mara_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[DocuSigned signature]_
(party's signature)

Quianna Hunt
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[Signature: David O'Mara]_
Designated Resident Nevada Counsel's signature

08599                    david@omaralaw.net
Bar number               Email address

APPROVED:
DATED this 22nd day of September, 2020.

_[Signature]_
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar of California**

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105       888-800-3400       AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 4, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN PETER KRISTENSEN, #224132 was admitted to the practice of law in this state by the Supreme Court of California on January 8, 2003 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records