AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KAREN DORIO, et al;

        Plaintiffs,

v.

KAMY KESHMIRI, et al

        Defendants.

CLERK JUDGMENT IN A CIVIL CASE

Case Number  3:20-cv-00482-LRH-CSD

**JUDGMENT** is entered in favor of the Plaintiff, Angel Cannon and against Defendants, Kamy Keshmiri, an individual and Fantasy Girls, LLC, a Nevada Limited Liability Corporation, (hereafter referred to collectively as "Defendants"), by and through their counsel Thierman Buck, LP, hereby offer to NRS 17.115, Nev. R. Civ. P. 68 and Fed. R. Civ. P. 68, in the total amount of FIVE HUNDRED DOLLARS ($500.00) (the "Offer") plus ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) for attorney fees and costs.  This Offer is inclusive of all claims asserted by Plaintiff against the Defendants arising out of and/or related to the subject matter of this action, including damages, penalties, interest and any and all related expenses otherwise recoverable in this action.   This Offer of Judgment is made in good faith and solely for the purposes specified in NRS. 17.115, Nev R. Civ. P 68 and Fed. R. Civ. 68 and is not to be constructed as admission of any kind.

Date: September 2, 2022

DEBRA K. KEMPI
Clerk



/s/ Wayne Julian
Deputy Clerk