**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN DORIO, an individual; QUIANNA HUNT, an individual; and SARA KELLY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC. A Nevada limited Liability corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00482-LRH-CSD<br><br>**JOINT STIPULATION TO TAKE SEPTEMBER 13, 2022 STATUS CONFERENCE OFF CALENDAR DUE TO JUDGMENTS and [PROPOSED] ORDER THEREON** |

**COMES NOW** Plaintiffs Quianna Hunt, Kaliah Kern, Sara Kelly and Angel Cannon (collectively "Plaintiffs") and Defendants, Kamy Keshmiri, Jamy Keshmiri and Fantasy Girls, LLC (collectively "Defendants") hereby submit the following Joint Stipulation to Take the September 13, 2022 Status Conference Off Calendar Due to Judgments as follows:

**WHEREAS** Plaintiff Karen Dorio ("Dorio") filed this matter on August 24, 2020, *see* ECF 1.

**WHEREAS** Plaintiff Quianna Hunt ("Hunt") joined this matter on August 24, 2020, *see* ECF 1-3.

1  **WHEREAS** Plaintiff Kelsey Johansen ("Johansen") joined this matter on August 24,
2  2020, *see* ECF 1-4.
3  **WHEREAS** Plaintiff Sara Kelly ("Kelly") joined this matter on October 22, 2020, *see*
4  ECF 13-1.
5  **WHEREAS** Plaintiff Angel Cannon ("Cannon") joined this matter on June 21, 2021, *see*
6  ECF 24-1.
7  **WHEREAS** Plaintiff Kaliah Kern ("Kern") joined this matter on June 21, 2021, *see* ECF
8  24-2.
9  **WHEREAS** on September 21, 2020, Johansen voluntary dismissed herself from this
10 matter, *see* ECF 8.
11 **WHEREAS** on March 8, 2021, Dorio voluntarily dismissed herself from this matter, *see*
12 ECF 23.
13 **WHEREAS** on November 10, 2021, Kern accepted an Offer of Judgment plus reasonable
14 attorneys' fees and costs. Plaintiffs and Defendants reached a settlement as to attorneys' fees and
15 costs. Defendants have fully satisfied Kern's accepted Offer of Judgment.
16 **WHEREAS** on December 28, 2021, Hunt accepted an Offer of Judgment plus reasonable
17 attorneys' fees and costs. Plaintiffs and Defendants reached a settlement as to attorneys' fees and
18 costs. Defendants have fully satisfied Hunt's accepted Offer of Judgment.
19 **WHEREAS** on September 1, 2022, Kelly accepted an Offer of Judgment and Judgment
20 was issued on September 2, 2022, *see* ECF 34.
21 **WHEREAS** on September 1, 2022, Cannon accepted an Offer of Judgment AND
22 Judgment was issued on September 2, 2022, *see* ECF 35.
23 **THEREFORE**, full and complete satisfaction of Judgments for Kern and Hunt are
24 hereby acknowledged, with the Judgments as to Kelly and Cannon remaining to be satisfied.
25 Once all Judgments have been satisfied, Plaintiffs and Defendants will file a stipulation for
26 dismissal.
27 ///
28 ///

**FURTHER**, Plaintiffs and Defendants respectfully request that the Status Conference presently scheduled for September 13, 2022, at 1:30 p.m. be vacated and taken off calendar as this matter has been settled.

DATED: September 7, 2022   Respectfully Submitted,

THIERMAN BUCK

/s/ Mark R. Thierman
Mark R. Thierman

DATED: September 7, 2022   Respectfully Submitted,

CARPENTER & ZUCKERMAN

/s/ John P. Kristensen
John P. Kristensen

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN DORIO, an individual; QUIANNA HUNT, an individual; and SARA KELLY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC. A Nevada limited Liability corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00482-LRH-CSD<br><br>**ORDER TO TAKE SEPTEMBER 13, 2022 STATUS CONFERENCE OFF CALENDAR DUE TO JUDGMENTS** |

Pending before the Court is the Parties' stipulation for the Court to take the September 13, 2022 Status Conference off calendar based on Plaintiffs' acceptance of Defendants' offers of judgment. The Court hereby orders as follows:

1) Once all Judgments have been satisfied, the Parties will file a stipulation for dismissal, withing ten (10) working days;

2) The September 13, 2022 Status Conference shall be VACATED.

IS SO ORDERED.

DATED: September 8, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE