UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN DORIO, an individual; QUIANNA HUNT, an individual; ELSEY JOHANSEN, an individual, SARA KELLY, an individual, ANGEL CANNON, an individual, and KALIAH KERN, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada Limited Liability Corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00482-LRH-CSD<br><br>ORDER OF DISMISSAL |

Before the Court is Defendants' Motion for Dismissal Due to the Satisfaction of All Judgments (ECF No. 41) filed on February 8, 2023. Plaintiffs' response was due February 22, 2023, however no response has been filed.

IT IS HEREBY ORDERED that Defendants' Motion for Dismissal Due to the Satisfaction of All Judgments (ECF No. 41) is GRANTED. Defendants' Motion to Dismiss and/or Compel Individual Arbitration (ECF No. 10) and Plaintiffs' Motion for Conditional Certification (ECF No. 15) are DENIED as moot.

IT IS FURTHER ORDERED that all Plaintiffs' claims asserted in their complaint are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court is further directed to enter final judgment accordingly, dismissing this action with prejudice, and close this case.

IT IS SO ORDERED.

DATED this 6th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE