AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAREN DORIO, *et al*,

        Plaintiff,

v.

KAMY KESHMIRI, *et al*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:20-cv-00482-LRH-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that all Plaintiffs' claims asserted in their complaint are **DISMISSED WITH PREJUDICE.**

    **IT IS FURTHER ORDERED** that the Clerk of Court **enter final judgment** accordingly, dismissing this action with prejudice, and close this case.



Date: March 6, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*